Receipt # 064136

ECF

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 22 2005
U.S COURT OF FEDERAL CLAIMS

BAYER CORPORATION, BAYER ADVANCED, LLC, BAYER CORPORATION, AS SUCCESSOR TO BAYER CHEMICALS CORPORATION, BAYER CROPSCIENCE, LP, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE, LLC, BAYER MATERIALSCIENCE, LLC, F/K/A BAYER POLYMERS, LLC, AND SHEFFIELD PLASTICS, INC.,
Plaintiffs,

v.

UNITED STATES OF AMERICA,
Defendant.

Case No.: 05-1341T

## COMPLAINT

## INTRODUCTION

This is a suit for the refund of employment taxes erroneously and improperly assessed and collected between 1998 and 2004. In particular, this is a refund suit for Federal Income Contributions Act ("FICA") employment taxes. The taxes were erroneously and improperly assessed and collected on payments made to employees and former employees as a result of involuntary terminations. Because all of the payments were made as a result of involuntary termination of employees and former employees of the Plaintiffs, these payments were made as supplemental unemployment compensation and not as "compensation" or "wages" for services rendered; accordingly, they were not properly subject to FICA.

1. Plaintiff Bayer Corporation is an Indiana corporation with its principal place of business at 100 Bayer Road, Pittsburgh, PA 15205-9741.

2. Plaintiff Bayer Advanced, LLC is a Delaware limited liability corporation with its principal place of business at 2 T.W. Alexander Drive, Research Triangle Park, NC 27709.

3. Plaintiff Bayer Chemicals Corporation was, at all relevant times, a Delaware corporation with its principal place of business at 100 Bayer Road, Pittsburgh, PA 15205-9741. During 2005, Bayer Chemicals Corporation was merged into Bayer Corporation, which became successor to the claims of Bayer Chemicals corporation set forth in this complaint. .

4. Plaintiff Bayer CropScience, LP is a Delaware limited partnership with its principal place of business at 2 T.W. Alexander Drive, Research Triangle Park, NC 27709.

5. Plaintiff Bayer Pharmaceuticals Corporation is a Delaware corporation with its principal place of business at 400 Morgan Lane, West Haven, CT 06516-4140.

6. Plaintiff Bayer HealthCare, LLC is a Delaware limited liability corporation with its principal place of business at 555 White Plains Road, 511 Benedict Avenue, Tarrytown, NY 10591-5097.

7. Plaintiff Bayer MaterialScience, LLC, formerly known as Bayer Polymers, LLC, is a Delaware limited liability corporation with its principal place of business at 100 Bayer Road, Pittsburgh, PA 15205-9741.

8. Plaintiff Sheffield Plastics, Inc. is a Delaware corporation with its principal place of business at 119 Salisbury Road, Sheffield, MA 01257.

9. The Defendant is the United States of America.

10. Plaintiff Bayer Corporation is the parent corporation of the other Plaintiffs.

**JURISDICTION**

11. This suit is founded upon the Internal Revenue Code of 1986, as amended (the "Code"), including section 7422 of the Code.

12. Jurisdiction is conferred upon this Court by Section 1491(a)(1) of Title 28 of the United States Code.

## GENERAL ALLEGATIONS

13. During the calendar years 1998 through 2004, the Plaintiffs involuntarily terminated approximately 2,980 employees.

14. For purposes of this Complaint, "FICA employer tax" refers to the tax imposed by Sections 3111(a) and 3111(b) of the Code.

15. For purposes of this Complaint, "FICA employee tax" refers to the tax imposed by Sections 3101(a) and 3101(b) of the Code.

16. As grounds for recovery, each Claim for Refund (identified throughout this Complaint) set forth the position that the amounts paid by each Plaintiff in each calendar year or calendar quarter to employees or former employees were not subject to FICA as such amounts were not "money remuneration paid to an individual for services rendered as an employee" or "remuneration for employment" and therefore were not "wages" as defined by Section 3121(a) of the Code.

17. In addition, as grounds for recovery, each Claim for Refund (identified throughout this Complaint) set forth the position that amounts paid by each Plaintiff in each calendar year or calendar quarter identified in the Claims to employees or former employees constituted "supplemental unemployment compensation benefits" under the Code and applicable Internal Revenue Service interpretations.

18. Plaintiffs erroneously reported and paid FICA employer tax and FICA employee tax on the payments to employees or former employees, as set forth more specifically in one or more of the paragraphs below.

19. The reporting and payment of FICA employer tax and the reporting, withholding and payment of FICA employee tax by each Plaintiff in each instance was erroneous, for the reasons set forth below.

20. The assessment and collection of each and every amount of FICA employer tax and FICA employee tax, erroneously reported as due and erroneously paid and/or withheld and paid, was improper for the reasons set forth below.

21. Each Plaintiff has timely filed a proper Claim for Refund,with the appropriate office of the Internal Revenue Service, with respect to the amount of FICA taxes described throughout this Complaint.

22. True and correct copies of said Claims are attached hereto as Exhibits A through H.

23. All conditions precedent have been performed or have occurred with respect to this refund suit.

24. On September 29, 2003 and on November 19, 2003 the Plaintiff Bayer Corporation and the Defendant United States of America, respectively, executed a Consent to Extend the Time to Assess Employment Taxes.

25. Each Claim for Refund was timely filed within the time provided in the agreed upon extension and/or as authorized by law.

26. More than six months have elapsed since each Claim for Refund was filed.

27. Pursuant to Section 6413 of the Code, Treasury Regulation Section 31.6413(b)-1, Section 6402 of the Code, and Treasury Regulation Section 31.6402(a)-2(a)(2), prior to filing the Claims for Refund, each Plaintiff advised by letter all its affected employees and former employees of their right to claim a refund of FICA employee tax withheld and paid to the

Defendant. Letters were timely sent to employees and former employees to secure written consent to the filing of claims on their behalf. It is believed and therefore averred that each employee or former employee returned signed certifications, compliant with Internal Revenue Service specifications, authorizing the Plaintiffs to file for the employee portion of the refund. Each refund claim may include claims on behalf of certain employees or former employees who could not be located, as well as those employees and former employees who gave their written consent.

28. Each Plaintiff is the sole owner of each of its respective claims for refund against the Defendant and has made no assignment of said claims.

29. Plaintiffs made all of the payments at issue to the involuntarily terminated employees, in connection with their involuntary termination.

30. In each and every case, the employee was paid certain benefits which were not, in any way, wages, payments or compensation paid in exchange for services rendered or buyout of benefits accrued.

## COUNT I

Bayer Corporation FICA Tax All Quarters 1998 Through 2002

31. Plaintiff Bayer Corporation hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit A are true and correct copies of each and every Claim for Refund and Request for Abatement of Bayer Corporation for each and every quarter for the years 1998 through 2002.

32. Each and every Claim for Refund of Plaintiff Bayer Corporation was timely filed and had all required forms, attachments and/or supporting documentation.

33. Plaintiff Bayer Corporation hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit A, and all contents therein, as if the same were set forth fully at length herein.

34. Plaintiff Bayer Corporation overpaid its first quarter 1998 FICA employer tax in the amount of $50,354.29 and its FICA employee tax in the amount of $24,736.99, for a total FICA refund requested of $75,091.28. Plaintiff Bayer Corporation is entitled to recover the sum of $75,091.28, together with statutory interest thereon with respect to this FICA overpayment.

35. Plaintiff Bayer Corporation overpaid its second quarter 1998 FICA employer tax in the amount of $57,869.53 and its FICA employee tax in the amount of $29,162.13, for a total FICA refund requested of $87,031.66. Plaintiff Bayer Corporation is entitled to recover the sum of $87,031.66, together with statutory interest thereon with respect to this FICA overpayment.

36. Plaintiff Bayer Corporation overpaid its third quarter 1998 FICA employer tax in the amount of $47,699.10 and its FICA employee tax in the amount of $30,899.41, for a total FICA refund requested of $78,598.51. Plaintiff Bayer Corporation is entitled to recover the sum of $78,598.51, together with statutory interest thereon with respect to this FICA overpayment.

37. Plaintiff Bayer Corporation overpaid its fourth quarter 1998 FICA employer tax in the amount of $64,733.71 and its FICA employee tax in the amount of $43,291.89, for a total FICA refund requested of $108,025.60. Plaintiff Bayer Corporation is entitled to recover the sum of $108,025.60, together with statutory interest thereon with respect to this FICA overpayment.

38. For the year 1998, as set forth above, Plaintiff Bayer Corporation is entitled to recover from the Defendant, the total sum of $348,747.05, together with statutory interest thereon.

39. Plaintiff Bayer Corporation overpaid its first quarter 1999 FICA employer tax in the amount of $96,394.86 and its FICA employee tax in the amount of $60,368.33, for a total FICA refund requested of $156,763.19. Plaintiff Bayer Corporation is entitled to recover the sum of $156,763.19, together with statutory interest thereon with respect to this FICA overpayment.

40. Plaintiff Bayer Corporation overpaid its second quarter 1999 FICA employer tax in the amount of $160,808.77 and its FICA employee tax in the amount of $101,270.70, for a total FICA refund requested of $262,079.47. Plaintiff Bayer Corporation is entitled to recover the sum of $262,079.47, together with statutory interest thereon with respect to this FICA overpayment.

41. Plaintiff Bayer Corporation overpaid its third quarter 1999 FICA employer tax in the amount of $209,262.83 and its FICA employee tax in the amount of $135,209.25, for a total FICA refund requested of $344,472.08. Plaintiff Bayer Corporation is entitled to recover the sum of $344,472.08, together with statutory interest thereon with respect to this FICA overpayment.

42. Plaintiff Bayer Corporation overpaid its fourth quarter 1999 FICA employer tax in the amount of $132,895.37 and its FICA employee tax in the amount of $90,806.74, for a total FICA refund requested of $223,702.11. Plaintiff Bayer Corporation is entitled to recover the sum of $223,702.11, together with statutory interest thereon with respect to this FICA overpayment.

43. For the year 1999, as set forth above, Plaintiff Bayer Corporation is entitled to recover from the Defendant, the total sum of $987,016.85, together with statutory interest thereon.

44. Plaintiff Bayer Corporation overpaid its first quarter 2000 FICA employer tax in the amount of $307,301.66 and its FICA employee tax in the amount of $225,568.83, for a total FICA refund requested of $532,870.49. Plaintiff Bayer Corporation is entitled to recover the sum of $532,870.49, together with statutory interest thereon with respect to this FICA overpayment.

45. Plaintiff Bayer Corporation overpaid its second quarter 2000 FICA employer tax in the amount of $231,028.21 and its FICA employee tax in the amount of $169,881.89, for a total FICA refund requested of $400,910.10. Plaintiff Bayer Corporation is entitled to recover the sum of $400,910.10, together with statutory interest thereon with respect to this FICA overpayment.

46. Plaintiff Bayer Corporation overpaid its third quarter 2000 FICA employer tax in the amount of $199,927.66 and its FICA employee tax in the amount of $149,806.64, for a total FICA refund requested of $349,734.30. Plaintiff Bayer Corporation is entitled to recover the sum of $349,734.30, together with statutory interest thereon with respect to this FICA overpayment.

47. Plaintiff Bayer Corporation overpaid its fourth quarter 2000 FICA employer tax in the amount of $136,494.08 and its FICA employee tax in the amount of $99,815.38, for a total FICA refund requested of $236,309.46. Plaintiff Bayer Corporation is entitled to recover the sum of $236,309.46, together with statutory interest thereon with respect to this FICA overpayment.

48. For the year 2000, as set forth above, Plaintiff Bayer Corporation is entitled to recover from the Defendant, the total sum of $1,519,824.35, together with statutory interest thereon.

49. Plaintiff Bayer Corporation overpaid its first quarter 2001 FICA employer tax in the amount of $272,112.91 and its FICA employee tax in the amount of $217,226.54, for a total FICA refund requested of $489,339.45. Plaintiff Bayer Corporation is entitled to recover the sum of $489,339.45, together with statutory interest thereon with respect to this FICA overpayment.

50. Plaintiff Bayer Corporation overpaid its second quarter 2001 FICA employer tax in the amount of $227,849.73 and its FICA employee tax in the amount of $189,549.03, for a total FICA refund requested of $417,398.76. Plaintiff Bayer Corporation is entitled to recover the sum of $417,398.76, together with statutory interest thereon with respect to this FICA overpayment.

51. Plaintiff Bayer Corporation overpaid its third quarter 2001 FICA employer tax in the amount of $171,999.64 and its FICA employee tax in the amount of $140,569.43, for a total FICA refund requested of $312,569.07. Plaintiff Bayer Corporation is entitled to recover the sum of $312,569.07, together with statutory interest thereon with respect to this FICA overpayment.

52. Plaintiff Bayer Corporation overpaid its fourth quarter 2001 FICA employer tax in the amount of $153,601.62 and its FICA employee tax in the amount of $120,754.41, for a total FICA refund requested of $274,356.03. Plaintiff Bayer Corporation is entitled to recover the sum of $274,356.03, together with statutory interest thereon with respect to this FICA overpayment.

53. For the year 2001, as set forth above, Plaintiff Bayer Corporation is entitled to recover from the Defendant, the total sum of $1,493,663.31, together with statutory interest thereon.

54. Plaintiff Bayer Corporation overpaid its first quarter 2002 FICA employer tax in the amount of $209,336.41 and its FICA employee tax in the amount of $168,081.65, for a total FICA refund requested of $377,418.06. Plaintiff Bayer Corporation is entitled to recover the sum of $377,418.06, together with statutory interest thereon with respect to this FICA overpayment.

55. Plaintiff Bayer Corporation overpaid its second quarter 2002 FICA employer tax in the amount of $179,508.52 and its FICA employee tax in the amount of $148,606.06, for a total FICA refund requested of $328,114.58. Plaintiff Bayer Corporation is entitled to recover the sum of $328,114.58, together with statutory interest thereon with respect to this FICA overpayment.

56. Plaintiff Bayer Corporation overpaid its third quarter 2002 FICA employer tax in the amount of $242,893.34 and its FICA employee tax in the amount of $186,210.55, for a total FICA refund requested of $429,103.89. Plaintiff Bayer Corporation is entitled to recover the sum of $429,103.89, together with statutory interest thereon with respect to this FICA overpayment.

57. Plaintiff Bayer Corporation overpaid its fourth quarter 2002 FICA employer tax in the amount of $194,084.10 and its FICA employee tax in the amount of $150,491.29, for a total FICA refund requested of $344,575.39. Plaintiff Bayer Corporation is entitled to recover the sum of $344,575.39, together with statutory interest thereon with respect to this FICA overpayment.

58. For the year 2002, as set forth above, Plaintiff Bayer Corporation is entitled to recover from the Defendant, the total sum of $1,479.211.92, together with statutory interest thereon.

## COUNT II

Bayer Advanced, LLC FICA Tax Third and Fourth Quarters 2002

59. Plaintiff Bayer Advanced, LLC hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit B are true and correct copies of each and every Claim for Refund and Request for Abatement of Bayer Corporation for the second and third quarters of 2002.

60. Each and every Claim for Refund of Plaintiff Bayer Advanced, LLC was timely filed and had all required forms, attachments and/or supporting documentation.

61. Plaintiff Bayer Advanced, LLC hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit B, and all contents therein, as if the same were set forth fully at length herein.

62. Plaintiff Bayer Advanced, LLC overpaid its third quarter 2002 FICA employer tax in the amount of $154.98, for a total FICA refund requested of $154.98. Plaintiff Bayer Advanced, LLC is entitled to recover the sum of $154.98, together with statutory interest thereon with respect to this FICA overpayment.

63. Plaintiff Bayer Advanced, LLC overpaid its fourth quarter 2002 FICA employer tax in the amount of $154.98, for a total FICA refund requested of $154.98. Plaintiff Bayer Advanced, LLC is entitled to recover the sum of $154.98, together with statutory interest thereon with respect to this FICA overpayment.

64. For the year 2002, as set forth above, Plaintiff Bayer Advanced, LLC is entitled to recover from the Defendant, the total sum of $309.96, together with statutory interest thereon.

## COUNT III

Bayer Corporation, as Successor to Bayer Chemicals Corporation FICA Tax All Quarters 2003 and 2004

65. Plaintiff Bayer Chemicals Corporation hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit C are true and correct copies of each and every Claim for Refund and Request for Abatement of Bayer Chemicals Corporation for each and every quarter for the years 2003 and 2004.

66. During 2005, Bayer Chemicals Corporation was merged into Bayer Corporation, which became the successor to the Claims for Refund filed by Bayer Chemicals Corporation. Each and every Claim for Refund of Plaintiff Bayer Chemicals Corporation was timely filed and had all required forms, attachments and/or supporting documentation. As the Claims for Refund were filed in the name of Bayer Chemicals Corporation, the paragraphs below shall continue to reference Bayer Chemicals Corporation.

67. Plaintiff Bayer Chemicals Corporation hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit C, and all contents therein, as if the same were set forth fully at length herein.

68. Plaintiff Bayer Chemicals Corporation overpaid its first quarter 2003 FICA employer tax in the amount of $26,173.64 and its FICA employee tax in the amount of $19,490.36, for a total FICA refund requested of $45,664.00. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $45,664.00, together with statutory interest thereon with respect to this FICA overpayment.

69. Plaintiff Bayer Chemicals Corporation overpaid its second quarter 2003 FICA employer tax in the amount of $25,228.67 and its FICA employee tax in the amount of $19,973.09, for a total FICA refund requested of $45,201.76. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $45,201.76, together with statutory interest thereon with respect to this FICA overpayment.

70. Plaintiff Bayer Chemicals Corporation overpaid its third quarter 2003 FICA employer tax in the amount of $16,571.85 and its FICA employee tax in the amount of $12,048.84, for a total FICA refund requested of $28,620.69. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $28,620.69, together with statutory interest thereon with respect to this FICA overpayment.

71. Plaintiff Bayer Chemicals Corporation overpaid its fourth quarter 2003 FICA employer tax in the amount of $14,887.61 and its FICA employee tax in the amount of $11,621.99, for a total FICA refund requested of $26,509.60. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $26,509.60, together with statutory interest thereon with respect to this FICA overpayment.

72. For the year 2003, as set forth above, Plaintiff Bayer Chemicals Corporation is entitled to recover from the Defendant, the total sum of $145,996.05, together with statutory interest thereon.

73. Plaintiff Bayer Chemicals Corporation overpaid its first quarter 2004 FICA employer tax in the amount of $17,873.35 and its FICA employee tax in the amount of $14,999.01, for a total FICA refund requested of $32,872.36. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $32,872.36, together with statutory interest thereon with respect to this FICA overpayment.

74. Plaintiff Bayer Chemicals Corporation overpaid its second quarter 2004 FICA employer tax in the amount of $10,628.98 and its FICA employee tax in the amount of $10,618.71, for a total FICA refund requested of $21,247.69. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $21,247.69, together with statutory interest thereon with respect to this FICA overpayment.

75. Plaintiff Bayer Chemicals Corporation overpaid its third quarter 2004 FICA employer tax in the amount of $6,464.53 and its FICA employee tax in the amount of $6,464.53, for a total FICA refund requested of $12,929.06. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $12,929.06, together with statutory interest thereon with respect to this FICA overpayment.

76. Plaintiff Bayer Chemicals Corporation overpaid its fourth quarter 2004 FICA employer tax in the amount of $3,268.86 and its FICA employee tax in the amount of $3,268.86, for a total FICA refund requested of $6,537.72. Plaintiff Bayer Chemicals Corporation is entitled to recover the sum of $6,537.72, together with statutory interest thereon with respect to this FICA overpayment.

77. For the year 2004, as set forth above, Plaintiff Bayer Corporaration, as successor to Bayer Chemicals Corporation is entitled to recover from the Defendant, the total sum of $73,586.83, together with statutory interest thereon.

**COUNT IV**

Bayer CropScience, LP FICA Tax Fourth Quarter 2002, All Quarters 2003 and 2004

78. Plaintiff Bayer CropScience, LP hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit D are true and correct copies of each and every Claim for

Refund and Request for Abatement of Bayer CropScience, LP for each and every quarter for the years 2003 and 2004.

79. Each and every Claim for Refund of Plaintiff Bayer CropScience, LP was timely filed and had all required forms, attachments and/or supporting documentation.

80. Plaintiff Bayer CropScience, LP hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit D, and all contents therein, as if the same were set forth fully at length herein.

81. Plaintiff Bayer CropScience, LP overpaid its fourth quarter 2002 FICA employer tax in the amount of $98,682.06 and its FICA employee tax in the amount of $75,491.86, for a total FICA refund requested of $174,173.92. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $174,173.92, together with statutory interest thereon with respect to this FICA overpayment.

82. For the year 2002, as set forth above, Plaintiff Bayer CropScience, LP is entitled to recover from the Defendant, the total sum of $174,173.92, together with statutory interest thereon.

83. Plaintiff Bayer CropScience, LP overpaid its first quarter 2003 FICA employer tax in the amount of $198,001.08 and its FICA employee tax in the amount of $153,090.65, for a total FICA refund requested of $351,091.73. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $351,091.73, together with statutory interest thereon with respect to this FICA overpayment.

84. Plaintiff Bayer CropScience, LP overpaid its second quarter 2003 FICA employer tax in the amount of $200,611.53 and its FICA employee tax in the amount of $155,848.44, for a total FICA refund requested of $356,459.97. Plaintiff Bayer CropScience, LP is entitled to

recover the sum of $356,459.97, together with statutory interest thereon with respect to this FICA overpayment.

85. Plaintiff Bayer CropScience, LP overpaid its third quarter 2003 FICA employer tax in the amount of $159,497.26 and its FICA employee tax in the amount of $121,308.32, for a total FICA refund requested of $280,805.58. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $280,805.58, together with statutory interest thereon with respect to this FICA overpayment.

86. Plaintiff Bayer CropScience, LP overpaid its fourth quarter 2003 FICA employer tax in the amount of $94,843.86 and its FICA employee tax in the amount of $74,259.28, for a total FICA refund requested of $169,103.14. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $169,103.14, together with statutory interest thereon with respect to this FICA overpayment.

87. For the year 2003, as set forth above, Plaintiff Bayer CropScience, LP is entitled to recover from the Defendant, the total sum of $1,157,460.42, together with statutory interest thereon.

88. Plaintiff Bayer CropScience, LP overpaid its first quarter 2004 FICA employer tax in the amount of $126,413.48 and its FICA employee tax in the amount of $97,017.10, for a total FICA refund requested of $223,430.58. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $223,430.58, together with statutory interest thereon with respect to this FICA overpayment.

89. In response to Plaintiff Bayer CropScience, LP's Claim for Refund for overpaid FICA taxes for the first quarter of 2004, on or about July 4, 2005, Defendant sent correspondence indicating its approval of and intention to send a refund of the FICA taxes

claimed, together with interest, for a total refund payment of $265,730.38. However, to date, Plaintiff Bayer CropScience, LP has not received payment of that sum, as purportedly approved by the Defendant.

90. Plaintiff Bayer CropScience, LP overpaid its second quarter 2004 FICA employer tax in the amount of $105,333.02 and its FICA employee tax in the amount of $83,649.14, for a total FICA refund requested of $188,982.16. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $188,982.16, together with statutory interest thereon with respect to this FICA overpayment.

91. Plaintiff Bayer CropScience, LP overpaid its third quarter 2004 FICA employer tax in the amount of $57,531.03 and its FICA employee tax in the amount of $49,689.38, for a total FICA refund requested of $107,220.41. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $107,220.41, together with statutory interest thereon with respect to this FICA overpayment.

92. Plaintiff Bayer CropScience, LP overpaid its fourth quarter 2004 FICA employer tax in the amount of $15,475.90 and its FICA employee tax in the amount of $14,427.00, for a total FICA refund requested of $29,902.90. Plaintiff Bayer CropScience, LP is entitled to recover the sum of $29,902.90, together with statutory interest thereon with respect to this FICA overpayment.

93. In response to Plaintiff Bayer CropScience, LP's Claim for Refund for overpaid FICA taxes for the fourth quarter of 2004, on or about July 4, 2005, Defendant sent correspondence indicating its approval of and intention to send a refund of the FICA taxes claimed, together with interest, for a total refund payment of $31,469.19. However, to date,

Plaintiff Bayer CropScience, LP has not received payment of that sum, as purportedly approved by the Defendant.

94. For the year 2004, as set forth above, Plaintiff Bayer CropScience, LP is entitled to recover from the Defendant, the total sum of $549,536.05, together with statutory interest thereon.

## COUNT V

Bayer Pharmaceuticals Corporation FICA Tax All Quarters 2003 and 2004

95. Plaintiff Bayer Pharmaceuticals Corporation hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit E are true and correct copies of each and every Claim for Refund and Request for Abatement of Bayer Pharmaceuticals Corporation for each and every quarter for the years 2003 and 2004.

96. Each and every Claim for Refund of Plaintiff Bayer Pharmaceuticals Corporation was timely filed and had all required forms, attachments and/or supporting documentation.

97. Plaintiff Bayer Pharmaceuticals Corporation hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit E, and all contents therein, as if the same were set forth fully at length herein.

98. Plaintiff Bayer Pharmaceuticals Corporation overpaid its first quarter 2003 FICA employer tax in the amount of $83,542.77 and its FICA employee tax in the amount of $50,907.67, for a total FICA refund requested of $135,450.44. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $135,450.44, together with statutory interest thereon with respect to this FICA overpayment.

99. Plaintiff Bayer Pharmaceuticals Corporation overpaid its second quarter 2003 FICA employer tax in the amount of $60,259.96 and its FICA employee tax in the amount of $40,061.13, for a total FICA refund requested of $100,321.09. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $100,321.09, together with statutory interest thereon with respect to this FICA overpayment.

100. Plaintiff Bayer Pharmaceuticals Corporation overpaid its third quarter 2003 FICA employer tax in the amount of $34,291.30 and its FICA employee tax in the amount of $27,899.05, for a total FICA refund requested of $62,190.35. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $62,190.35, together with statutory interest thereon with respect to this FICA overpayment.

101. Plaintiff Bayer Pharmaceuticals Corporation overpaid its fourth quarter 2003 FICA employer tax in the amount of $69,701.50 and its FICA employee tax in the amount of $56,400.95, for a total FICA refund requested of $126,102.45. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $126,102.45, together with statutory interest thereon with respect to this FICA overpayment.

102. For the year 2003, as set forth above, Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover from the Defendant, the total sum of $423,064.33, together with statutory interest thereon.

103. Plaintiff Bayer Pharmaceuticals Corporation overpaid its first quarter 2004 FICA employer tax in the amount of $130,352.76 and its FICA employee tax in the amount of $100,072.78, for a total FICA refund requested of $230,425.54. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $230,425.54, together with statutory interest thereon with respect to this FICA overpayment.

104. Plaintiff Bayer Pharmaceuticals Corporation overpaid its second quarter 2004 FICA employer tax in the amount of $146,400.73 and its FICA employee tax in the amount of $102,283.53, for a total FICA refund requested of $248,684.26. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $248,684.26, together with statutory interest thereon with respect to this FICA overpayment.

105. Plaintiff Bayer Pharmaceuticals Corporation overpaid its third quarter 2004 FICA employer tax in the amount of $81,706.58 and its FICA employee tax in the amount of $62,779.26, for a total FICA refund requested of $144,485.84. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $144,485.84, together with statutory interest thereon with respect to this FICA overpayment.

106. Plaintiff Bayer Pharmaceuticals Corporation overpaid its fourth quarter 2004 FICA employer tax in the amount of $30,319.17 and its FICA employee tax in the amount of $22,518.72, for a total FICA refund requested of $52,837.89. Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover the sum of $52,837.89, together with statutory interest thereon with respect to this FICA overpayment.

107. For the year 2004, as set forth above, Plaintiff Bayer Pharmaceuticals Corporation is entitled to recover from the Defendant, the total sum of $676,433.53, together with statutory interest thereon.

## COUNT VI

Bayer HealthCare, LLC FICA Tax All Quarters 2003 and 2004

108. Plaintiff Bayer HealthCare, LLC hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit F are true and correct copies of each and every Claim for

Refund and Request for Abatement of Bayer HealthCare, LLC for each and every quarter for the years 2003 and 2004.

109. Each and every Claim for Refund of Plaintiff Bayer HealthCare, LLC was timely filed and had all required forms, attachments and/or supporting documentation.

110. Plaintiff Bayer HealthCare, LLC hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit F, and all contents therein, as if the same were set forth fully at length herein.

111. Plaintiff Bayer HealthCare, LLC overpaid its first quarter 2003 FICA employer tax in the amount of $115,615.24 and its FICA employee tax in the amount of $103,575.23, for a total FICA refund requested of $219,190.47. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $219,190.47, together with statutory interest thereon with respect to this FICA overpayment.

112. Plaintiff Bayer HealthCare, LLC overpaid its second quarter 2003 FICA employer tax in the amount of $156,968.48 and its FICA employee tax in the amount of $138,433.91, for a total FICA refund requested of $295,402.39. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $295,402.39, together with statutory interest thereon with respect to this FICA overpayment.

113. Plaintiff Bayer HealthCare, LLC overpaid its third quarter 2003 FICA employer tax in the amount of $139,611.19 and its FICA employee tax in the amount of $118,095.12, for a total FICA refund requested of $257,706.31. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $257,706.31, together with statutory interest thereon with respect to this FICA overpayment.

114. Plaintiff Bayer HealthCare, LLC overpaid its fourth quarter 2003 FICA employer tax in the amount of $123,405.54 and its FICA employee tax in the amount of $110,272.47, for a total FICA refund requested of $233,678.01. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $233,678.01, together with statutory interest thereon with respect to this FICA overpayment.

115. For the year 2003, as set forth above, Plaintff Bayer HealthCare, LLC is entitled to recover from the Defendant, the total sum of $1,005,977.18, together with statutory interest thereon.

116. Plaintiff Bayer HealthCare, LLC overpaid its first quarter 2004 FICA employer tax in the amount of $140,359.20 and its FICA employee tax in the amount of $122,723.80, for a total FICA refund requested of $263,083.00. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $263,083.00, together with statutory interest thereon with respect to this FICA overpayment.

117. Plaintiff Bayer HealthCare, LLC overpaid its second quarter 2004 FICA employer tax in the amount of $147,212.10 and its FICA employee tax in the amount of $121,817.90, for a total FICA refund requested of $269,030.00. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $269,030.00, together with statutory interest thereon with respect to this FICA overpayment.

118. Plaintiff Bayer HealthCare, LLC overpaid its third quarter 2004 FICA employer tax in the amount of $104,474.75 and its FICA employee tax in the amount of $84,941.21, for a total FICA refund requested of $189,415.96. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $189,415.96, together with statutory interest thereon with respect to this FICA overpayment.

119. Plaintiff Bayer HealthCare, LLC overpaid its fourth quarter 2004 FICA employer tax in the amount of $55,984.55 and its FICA employee tax in the amount of $44,613.39, for a total FICA refund requested of $100,597.94. Plaintiff Bayer HealthCare, LLC is entitled to recover the sum of $100,597.94, together with statutory interest thereon with respect to this FICA overpayment.

120. For the year 2004, as set forth above, Plaintiff Bayer HealthCare, LLC is entitled to recover from the Defendant, the total sum of $822,126.90, together with statutory interest thereon.

**COUNT VII**

Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC FICA Tax All Quarters 2003

121. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit G are true and correct copies of each and every Claim for Refund and Request for Abatement of Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC for each and every quarter for the year 2003.

122. Each and every Claim for Refund of Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC was timely filed and had all required forms, attachments and/or supporting documentation.

123. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit G, and all contents therein, as if the same were set forth fully at length herein.

124. Plaintiff Bayer MaterialScience, LLC was, until 2004, known as Bayer Polymers, LLC.

125. Accordingly, the Bayer MaterialScience, LLC claims for refund for all quarters of the year 2003 were filed under its prior name, Bayer Polymers, LLC.

126. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC overpaid its first quarter 2003 FICA employer tax in the amount of $112,600.59 and its FICA employee tax in the amount of $88,139.46, for a total FICA refund requested of $200,740.05. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC is entitled to recover the sum of $200,740.05, together with statutory interest thereon with respect to this FICA overpayment.

127. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC overpaid its second quarter 2003 FICA employer tax in the amount of $107,039.88 and its FICA employee tax in the amount of $88,240.77, for a total FICA refund requested of $195,280.65. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC is entitled to recover the sum of $195,280.65, together with statutory interest thereon with respect to this FICA overpayment.

128. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC overpaid its third quarter 2003 FICA employer tax in the amount of $61,070.63 and its FICA employee tax in the amount of $51,412.57, for a total FICA refund requested of $112,483.20. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC is entitled to recover the sum of $112,483.20, together with statutory interest thereon with respect to this FICA overpayment.

129. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC overpaid its fourth quarter 2003 FICA employer tax in the amount of $46,088.65 and its FICA employee tax in the amount of $37,873.91, for a total FICA refund requested of $83,962.56. Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC is entitled to recover the sum of $83,962.56, together with statutory interest thereon with respect to this FICA overpayment.

130. For the year 2003, as set forth above, Plaintiff Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC is entitled to recover from the Defendant, the total sum of $592,466.46, together with statutory interest thereon.

**COUNT VIII**

Sheffield Plastics, Inc. FICA Tax Fourth Quarter 2003

131. Plaintiff Sheffield Plastics, Inc. hereby repeats and realleges each and every allegation in the foregoing paragraphs 1 through 30, as if the same were set forth fully at length herein. Attached hereto as Exhibit H are true and correct copies of each and every Claim for Refund and Request for Abatement of Sheffield Plastics, Inc. for the fourth quarter of 2003.

132. Each and every Claim for Refund of Plaintiff Sheffield Plastics, Inc. was timely filed and had all required forms, attachments and/or supporting documentation.

133. Plaintiff Sheffield Plastics, Inc. hereby incorporates by reference each and every Claim for Refund and Request for Abatement, included in Exhibit H, and all contents therein, as if the same were set forth fully at length herein.

134. Plaintiff Sheffield Plastics, Inc. overpaid its fourth quarter 2003 FICA employer tax in the amount of $694.66 and its FICA employee tax in the amount of $694.66, for a total FICA refund requested of $1,389.32. Plaintiff Sheffield Plastics, Inc. is entitled to recover the sum of $1,389.32, together with statutory interest thereon with respect to this FICA overpayment.

135. For the year 2003, as set forth above, Plaintiff Sheffield Plastics, Inc. is entitled to recover from the Defendant, the total sum of $1,389.32, together with statutory interest thereon.

**PRAYER FOR RELIEF**

**WHEREFORE**, each Plaintiff prays that the Court enter an Order and final judgment in favor of each Plaintiff against the Defendant, as to each count, as follows:

On Count I, Bayer Corporation requests the amount of $5,828,463.48, plus interest as provided by law;

On Count II, Bayer Advanced, LLC requests the amount of $309.96, plus interest as provided by law;

On Count III, Bayer Corporation, as successor to Bayer Chemicals Corporation requests the amount of $219,582.88, plus interest as provided by law;

On Count IV, Bayer CropScience, LP requests the amount of $1,881,170.39, plus interest as provided by law;

On Count V, Bayer Pharmaceuticals Corporation requests the amount of $1,099,497.86, plus interest as provided by law;

On Count VI, Bayer HealthCare, LLC requests the amount of $1,828,104.08, plus interest as provided by law;

On Count VII, Bayer MaterialScience, LLC f/k/a Bayer Polymers, LLC requests the amount of $592,466.46, plus interest as provided by law;

On Count VIII, Sheffield Plastics, Inc. requests the amount of $1,389.32, plus interest as provided by law;

Respectfully submitted,

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

Dated: December 21, 2005

By: Mitchell L. Bach by / Edward J. Lopez

Mitchell L. Bach, Esquire
Paul M. Yenerall, Esquire
Sheldon Kivell, Esquire
1515 Market Street, 9th Floor
Philadelphia, PA 19102
215-851-8466
Attorneys for Plaintiffs

*M0535268.doc;1*