RECEIVED
DEC 2 2 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

05-1341 T

Plaintiff(s) or Petitioner(s)
See attached list.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Mitchell L. Bach

Firm Name: Eckert Seamans Cherin & Mellott, LLC

Post Office Box: Not applicable

Street Address: 1515 Market Street, 9th Floor

City-State-Zip: Philadelphia, PA 19102

Telephone & Facsimile Numbers: 215-851-8466; 215-851-8383

E-mail address: mbach@eckertseamans.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

FICA refund

Government Agency Involved: [ ] [ ] 0 Internal Revenue Service

**See attached Sheet for three digit code.**

Amount Claimed: $ 11,450,984.43 plus interest as provided by law

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** Not Applicable

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005