Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>BAYER CHEMICALS CORPORATION | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>100 BAYER ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>PITTSBURGH, PA 15205-9741 | Employer identification number (EIN)<br>06-1653708 |
| Name and address shown on return if different from above | Daytime telephone number<br>412-777-2760 |

1 Period. Prepare a separate Form 843 for each tax period
From 01/01/2003 to 12/31/2003

2 Amount to be refunded or abated $ 145,996.06

3a Type of tax, penalty, or addition to tax:
[X] Employment [ ] Estate [ ] Gift [ ] Excise (see instructions)
[ ] Penalty — IRC section ▶ ____________

b Type of return filed (see instructions):
[ ] 706 [ ] 709 [ ] 940 [X] 941 [ ] 943 [ ] 945 [ ] 990-PF [ ] 4720 [ ] Other (specify)

4a Request for abatement or refund of:
[ ] Interest as a result of IRS errors or delays.
[ ] A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

The FICA taxes in question were paid in from termination benefit payments that represent supplemental unemployment compensation benefits and as such were not subject to FICA taxes.

W-2c's have not yet been filed with the Social Security Administration.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

V.P., Biltroller,CAO MAY 23 2005

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) Date

Signature Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Form **843** (Rev. 11-2002)

ISA
STF FED1524F

Form **941c** (Rev. October 2003) Department of the Treasury Internal Revenue Service

# Supporting Statement To Correct Information

**Do Not File Separately**

▶ File with Forms 941, 941-M, 941-SS, 943, 945, or Form 843.

OMB No. 1545-0256

Page No. 1

Name: Bayer Chemicals Corporation

Employer identification number: 06-1653708

Telephone number (optional): (412) 777-2760

A This form supports adjustments to: Check only one box. (see instructions)

[x] Form 941 [ ] Form 941-SS [ ] Form 945
[ ] Form 941-M [ ] Form 943

B This form is attached to and filed with the return for the period ending (month, year) ▶ 12/31/03

C Enter the date that you discovered the error(s) reported on this form. (If you are making more than one correction and the errors were not discovered at the same time, explain in Part V.) ▶ 2004

**Part I** **Signature and Certification** (You must complete this part for the IRS to process your adjustments for overpayments.) Skip Part I if all of your adjustments are underpayments. **(Part I applies to wages only.)**

I certify that **Forms W-2c**, Corrected Wage and Tax Statement, have been filed (as necessary) with the Social Security Administration, and that (check appropriate boxes):

[ ] All overcollected income taxes for the current calendar year and all social security and Medicare taxes for the current and prior calendar years have been repaid to employees. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit of the amount of the overcollection.

[x] All affected employees have given their **written consent** to the allowance of this credit or refund. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit of the amount of the overcollection.

[x] The social security tax and Medicare tax adjustments represent the **employer's share only.** An attempt was made to locate the employee(s) affected, but the affected employee(s) could not be located or will not comply with the certification requirements.

[ ] None of this refund or credit was withheld from employee wages.

**Sign Here** Signature ▶ [signature] Title ▶ V.P., Biltroller & C.A.O. Date ▶ MAY 23 2005

**Part II** **Income Tax Withholding (Including Backup Withholding) Adjustment**

| | (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Withheld Income Tax Previously Reported for Period | (c) Correct Withheld Income Tax for Period | (d) Withheld Income Tax Adjustment |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

5 **Net withheld income tax adjustment.** If more than one page, enter total of all columns (d) on first page only. Enter here and on the appropriate line of the return with which you file this form. ▶ 5

**Part III** **Social Security Tax Adjustment** (Use the tax rate in effect during the period(s) corrected. You must also complete Part IV.)

| | (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Wages Previously Reported for Period | (c) Correct Wages for Period | (d) Tips Previously Reported for Period | (e) Correct Tips for Period | (f) Social Security Tax Adjustment |
|---|---|---|---|---|---|---|
| 1 | 03/31/03 | 9,845,778.05 | 9,503,638.92 | | | (37,008.73) |
| 2 | 06/30/03 | 9,688,181.77 | 9,358,793.14 | | | (36,584.76) |
| 3 | 09/30/03 | 7,437,828.06 | 7,226,243.41 | | | (22,570.79) |
| 4 | 12/31/03 | 7,213,772.58 | 7,033,255.65 | | | (19,869.44) |
| 5 | **Totals.** If more than one page, enter totals on first page only ▶ | 34,185,560.46 | 33,121,931.12 | | | (116,033.72) |

6 **Net social security tax adjustment.** If more than one page, enter total of all columns (f) on first page only. Enter here and on the appropriate line of the return with which you file this form ▶ 6 (116,033.72)

7 **Net wage adjustment.** If more than one page, enter total of all lines 7 on first page only. If line 5(c) is smaller than line 5(b), enter difference in parentheses ▶ 7 (1,063,629.35)

8 **Net tip adjustment.** If more than one page, enter total of all lines 8 on first page only. If line 5(e) is smaller than line 5(d), enter difference in parentheses ▶ 8

**For Paperwork Reduction Act Notice, see page 4.**

ISA
STF FED1753F.1

## Part IV Medicare Tax Adjustment

| (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Wages and Tips Previously Reported for Period | (c) Correct Wages and Tips for Period | (d) Medicare Tax Adjustment |
|---|---|---|---|
| 1 03/31/03 | 9,853,639.31 | 9,511,500.17 | (8,655.28) |
| 2 06/30/03 | 9,991,265.52 | 9,659,777.62 | (8,617.00) |
| 3 09/30/03 | 8,385,907.59 | 8,147,728.39 | (6,049.90) |
| 4 12/31/03 | 10,483,720.69 | 10,228,854.48 | (6,640.16) |
| 5 **Totals.** If more than one page, enter totals on first page only . . . ▶ | 38,714,533.11 | 37,547,860.66 | (29,962.34) |
| 6 **Net Medicare tax adjustment.** If more than one page, enter total of **all** columns (d) on first page only. Enter here and on the appropriate line of the return with which you file this form . . . . . . . ▶ | | 6 | (29,962.34) |
| 7 **Net wage and tip adjustment.** If more than one page, enter total of **all** lines 7 on first page only. If line 5(c) is smaller than line 5(b), enter difference in parentheses . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 7 | (1,166,672.45) |

## Part V Explanation of Adjustments

The FICA taxes in question were paid in from termination benefit payments that represent supplemental unemployment compensation benefits and, as such, were not subject to FICA Tax.

W-2C's have not yet been filed with the Social Security Administration.

Form **843** (Rev. November 2002) Department of the Treasury Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

*Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.*

***Do not** use Form 843 if your claim is for —*

- *An overpayment of income taxes;*
- *A refund for nontaxable use (or sales) of fuel; or*
- *An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.*

Type or print

| | |
|---|---|
| Name of claimant<br>BAYER CHEMICALS CORPORATION | Your SSN or ITIN |
| Address (number, street, and room or suite no.)<br>100 BAYER ROAD | Spouse's SSN or ITIN |
| City or town, state, and ZIP code<br>PITTSBURGH, PA 15205-9741 | Employer identification number (EIN)<br>06-1653708 |
| Name and address shown on return if different from above | Daytime telephone number<br>412-777-2760 |

1 Period. Prepare a separate Form 843 for each tax period
From 01/01/2004 to 12/31/2004

2 Amount to be refunded or abated
$ 73,586.81

3a Type of tax, penalty, or addition to tax:
[X] Employment [ ] Estate [ ] Gift [ ] Excise (see instructions)
[ ] Penalty — IRC section ▶

b Type of return filed (see instructions):
[ ] 706 [ ] 709 [ ] 940 [X] 941 [ ] 943 [ ] 945 [ ] 990-PF [ ] 4720 [ ] Other (specify)

4a Request for abatement or refund of:
[ ] Interest as a result of IRS errors or delays.
[ ] A penalty or addition to tax as a result of erroneous advice from the IRS.

b Dates of payment ▶

5 **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

The FICA taxes in question were paid in from termination benefit payments that represent supplemental unemployment compensation benefits and as such were not subject to FICA taxes.

W-2c's have not yet been filed with the Social Security Administration.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature] V.P., Biltroller, CAO — MAY 23 2005

Signature (Title, if applicable. Claims by corporations must be signed by an officer.) — Date

Signature — Date

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**



ISA
STF FED1524F

Form **941c** (Rev October 2003) Department of the Treasury Internal Revenue Service

# Supporting Statement To Correct Information

**Do Not File Separately**

▶ **File with Forms 941, 941-M, 941-SS, 943, 945, or Form 843.**

OMB No. 1545-0256

Page No. 1

Name: [illegible]

Employer identification number: 06-[illegible]

Telephone number (optional): [illegible] [illegible]-7594

**A** This form supports adjustments to: **Check only one box.** (see instructions)

- [x] Form 941
- [ ] Form 941-M
- [ ] Form 941-SS
- [ ] Form 943
- [ ] Form 945

**B** This form is attached to and filed with the return for the period ending (month, year) ▶ 12/31/04

**C** Enter the date that you discovered the error(s) reported on this form. (If you are making more than one correction and the errors were not discovered at the same time, explain in Part V.) ▶ 2004

**Part I** **Signature and Certification** (You **must** complete this part for the IRS to process your adjustments for overpayments.) Skip Part I if all of your adjustments are underpayments. **(Part I applies to wages only.)**

I certify that **Forms W-2c,** Corrected Wage and Tax Statement, have been filed (as necessary) with the Social Security Administration, and that (check appropriate boxes):

- [ ] All overcollected income taxes for the current calendar year and all social security and Medicare taxes for the current and prior calendar years have been **repaid** to employees. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit of the amount of the overcollection.
- [x] All affected employees have given their **written consent** to the allowance of this credit or refund. For claims of overcollected employee social security and Medicare taxes in earlier years, a written statement has been obtained from each employee stating that the employee has not claimed and will not claim refund or credit of the amount of the overcollection.
- [x] The social security tax and Medicare tax adjustments represent the **employer's share only.** An attempt was made to locate the employee(s) affected, but the affected employee(s) could not be located or will not comply with the certification requirements.
- [ ] None of this refund or credit was withheld from employee wages.

**Sign Here** Signature ▶ [signature] Title ▶ V.P., Biltroller & C.A.O. Date ▶ MAY 2 3 2005

**Part II** **Income Tax Withholding (Including Backup Withholding) Adjustment**

| | (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Withheld Income Tax Previously Reported for Period | (c) Correct Withheld Income Tax for Period | (d) Withheld Income Tax Adjustment |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

5 **Net withheld income tax adjustment.** If more than one page, enter total of **all** columns (d) on first page only. Enter here and on the **appropriate** line of the return with which you file this form. ▶ 5

**Part III** **Social Security Tax Adjustment** (Use the tax rate in effect during the period(s) corrected. You must also complete Part IV.)

| | (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Wages Previously Reported for Period | (c) Correct Wages for Period | (d) Tips Previously Reported for Period | (e) Correct Tips for Period | (f) Social Security Tax Adjustment |
|---|---|---|---|---|---|---|
| 1 | 03/31/04 | 7,938,367.72 | 7,704,729.18 | | | (26,641.65) |
| 2 | 06/30/04 | 10,368,928.44 | 10,229,987.57 | | | (17,220.35) |
| 3 | 09/30/04 | 217,908.03 | 133,404.42 | | | (10,478.45) |
| 4 | 12/31/04 | 73,126.28 | 30,751.70 | | | (5,254.45) |
| 5 | **Totals.** If more than one page, enter totals on first page only ▶ | 18,598,330.47 | 18,098,872.87 | | | (59,594.90) |

| | | | |
|---|---|---|---|
| 6 | **Net social security tax adjustment.** If more than one page, enter total of **all** columns (f) on first page only. Enter here and on the appropriate line of the return with which you file this form ▶ | 6 | (59,594.90) |
| 7 | **Net wage adjustment.** If more than one page, enter total of **all** lines 7 on first page only. If line 5(c) is smaller than line 5(b), enter difference in parentheses ▶ | 7 | (499,457.60) |
| 8 | **Net tip adjustment.** If more than one page, enter total of **all** lines 8 on first page only. If line 5(e) is smaller than line 5(d), enter difference in parentheses ▶ | 8 | |

**For Paperwork Reduction Act Notice, see page 4.** Form **941c** (Rev. 10-2003)

ISA
STF FED1753F.1

**Part IV** **Medicare Tax Adjustment**

| | (a) Period Corrected (For quarterly returns, enter date quarter ended. For annual returns, enter year.) | (b) Wages and Tips Previously Reported for Period | (c) Correct Wages and Tips for Period | (d) Medicare Tax Adjustment |
|---|---|---|---|---|
| 1 | 03/31/04 | 7,938,367.72 | 7,704,729.18 | (6,230.71) |
| 2 | 06/30/04 | 10,464,857.75 | 10,325,916.88 | (4,027.34) |
| 3 | 09/30/04 | 222,550.39 | 138,046.78 | (2,450.60) |
| 4 | 12/31/04 | 113,430.31 | 69,179.83 | (1,283.26) |
| 5 | **Totals.** If more than one page, enter totals on first page only . . . ▶ | 18,739,206.17 | 18,237,872.67 | (13,991.91) |

| | | | |
|---|---|---|---|
| 6 | **Net Medicare tax adjustment.** If more than one page, enter total of **all** columns (d) on first page only. Enter here and on the appropriate line of the return with which you file this form . . . . . . . ▶ | 6 | (13,991.91 |
| 7 | **Net wage and tip adjustment.** If more than one page, enter total of **all** lines 7 on first page only. If line 5(c) is smaller than line 5(b), enter difference in parentheses . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | (501,333.50) |

**Part V** **Explanation of Adjustments**

The FICA taxes in question were paid in from termination benefit payments that represent supplemental unemployment compensation benefits and, as such, were not subject to FICA tax.