***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| BAYER CORPORATION, ET AL | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 05-1341 T |
| | ) | (Judge Marian Blank Horn) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20054

Dated: January ______ , 2005

s/Benjamin C. King, Jr.

Benjamin C. King, Jr., Esquire
Justice Department (Tax)
Court of Federal Claims Section
202-307-6506