IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for a 10-day enlargement, from February 21, 2006, to and including, March 3, 2006, of deadline for the defendant to file its answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted plaintiffs' counsel, who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, defendant's counsel only recently received the views of the Internal Revenue Service concerning the defense of the above-captioned case. Defendant's counsel has not had sufficient time to prepare the defendant's response to the plaintiffs' 135 paragraph complaint. The brief enlargement sought by this motion will allow defendant time to adequately prepare its response to the complaint.

WHEREFORE, defendant requests that the Court enlarge to March 3, 2006, the deadline for the defendant to file its answer or other response to the complaint in the above-captioned case.

Respectfully submitted,

s/ Benjamin King

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/ David Gustafson

Of Counsel

February 21, 2006