# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BAYER CORPORATION, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1341T**
**Filed: February 23, 2006**

## O R D E R

The court is in receipt of the defendant's February 21, 2006 unopposed motion for an enlargement of time of 10 days, to and including March 3, 2006, within which to file its response to the plaintiff's complaint. The court **GRANTS** the defendant's motion and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Friday, March 3, 2006**.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**