# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BAYER CORPORATION, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1341T**
**Filed: March 7, 2006**

## O R D E R

It has come to the court's attention that plaintiff's counsel in the above-captioned case has not registered with the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42A, and the Notice of Designation of Electronic Case filed in this case on December 22, 2005, this case has been designated as an electronic case in the court's CM/ECF system. Accordingly, all parties are required to obtain a CM/ECF account and all documents in this case are to be filed electronically, except with leave of court. The court, therefore, **ORDERS** the plaintiff's counsel to obtain a CM/ECF account on or before **Friday, March 10, 2006**. On this occasion only, the Clerk of the Court is instructed to mail a copy of this order to the plaintiff. All future orders will be filed electronically.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**