# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | * |
| **BAYER CORPORATION, et al.,** | * |
| | * |
| **Plaintiff,** | * **No. 05-1341T** |
| **v.** | * **Filed: May 4, 2006** |
| | * |
| **UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court is in receipt of the parties' joint preliminary status report, which was filed four days late. To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a conference on **Wednesday, May 17, 2006 at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 215-851-8466 and defendant's counsel at 202-307-6506. No motions for summary judgment shall be filed before the May 17 conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**