# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **BAYER CORPORATION, et al.,** | |
| **Plaintiff,** | **No. 05-1341T** |
| **v.** | **Filed: May 17, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

## O R D E R

A status conference was held in the above-captioned case on May 17, 2006. During the conference, counsel for both parties requested that proceedings in this case be stayed pending a final decision in CSX Corporation, Inc. v. United States, No. 95-858T. As discussed with the parties during the conference, the court **GRANTS** the parties' request and **ORDERS** that this case is **STAYED**. The court **ORDERS** the parties to file quarterly status reports with the court indicating the progress in CSX Corporation. The first report will be due on or before **Monday, July 3, 2006**. In addition, the court **ORDERS** that, on or before five days after a decision is issued in CSX Corporation, the parties shall file a joint status report addressing the effect of each decision, include a copy of the decision, and address the parties' proposals for future proceedings.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**