IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of May 17, 2006, the parties submit the following status report. A judgment has not yet been entered in the case of *CSX Corporation v. United States*, 52 Fed.Cl. 208 (2002). On June 27, 2006, Judge Weise issued a decision resolving the remaining issues in that case. It is anticipated that the parties will submit a stipulation and motion for entry of judgment to the Judge Weise within the next two weeks and a final judgment should be entered in *CSX* shortly after that date. After entry of final judgment in *CSX* it is likely that the case will be appealed to the Federal Circuit. The parties in this case continue to believe that the Federal Circuit's decision in *CSX* will resolve the issues in this case, and request that the suspension be continued. The parties propose that they file another status report 90 days from this date.

Respectfully submitted,

06/28/2006
DATE

s/Mitchell L. Bach

MITCHELL L. BACH
Eckert Seamans Cherin & Mellott LLC
1515 Market St.
9th Floor
Philadelphia, Pa. 19102
(215) 851-8466

Counsel for Plaintiffs

06/28/2006
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

06/28/2006
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant