IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of May 17, 2006, the parties submit the following status report. On August 14, 2006, judgment was entered in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T. On August 23, 2006, the judgment was amended by the Court. On October 2, 2006, CSX filed a Notice of Appeal in *CSX*, appealing that case to the United States Court of Appeals for the Federal Circuit. The parties in this case continue to believe that the Federal Circuit's decision in *CSX* will resolve the issues in this case, and request that the suspension be

continued. The parties propose that they file another status report 90 days from this date.

Respectfully submitted,

10/03/2006
DATE

s/Mitchell L. Bach
MITCHELL L. BACH
Eckert Seamans Cherin & Mellott LLC
1515 Market St.
9th Floor
Philadelphia, Pa. 19102
(215) 851-8466

Counsel for Plaintiffs

10/03/2006
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

10/03/2006
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant