IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of May 17, 2006, the parties submit the following status report. The cross-appeals of the Court of Federal Claims decision in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T are still pending. The opening brief of CSX is due to be filed this month and the Government's opening brief will be filed in February. The parties in this case continue to believe that the Federal Circuit's decision in *CSX* will resolve the issues in this case, and request that the suspension be continued. The parties propose that they file another status

report 90 days from this date.

Respectfully submitted,

1/03/2007
DATE

s/Mitchell L. Bach
MITCHELL L. BACH
Eckert Seamans Cherin & Mellott LLC
1515 Market St.
9th Floor
Philadelphia, Pa. 19102
(215) 851-8466

Counsel for Plaintiffs

1/03/2007
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

1/03/2007
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant