# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**BAYER CORPORATION, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-1341T**
**Filed: February 9, 2007**

**O R D E R**

The court is in receipt of the parties' January 3, 2007 joint status report, reflecting that the cross appeals in the CSX Corporation case remain pending before the United States Court of Appeals for the Federal Circuit. See CSX Corporation Inc. v. United States, Nos. 07-5003, 07-5007 (Fed. Cir. notice of appeal (by CSX) Oct. 4, 2006, cross appeal Oct. 12, 2006). The parties request that the court await the decision by the Federal Circuit in the CSX Corporation case, since the issues are the same as in the above-captioned case. The court concurs, and continues the **STAY** of the above-captioned case. The court **ORDERS** the parties to file joint status reports with the court indicating the status of the CSX Corporation case. The next joint status report will be due on or before **Tuesday, April 3, 2007**, then on or before **Tuesday, July 3, 2007**, and quarterly thereafter. In addition, the court **ORDERS** that, on or before five days after a decision is issued in CSX Corporation, the parties shall file a joint status report addressing the effect of the Federal Circuit decision, include a copy of the decision, and the parties' proposals for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**