IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order of February 9, 2007, the parties submit the following status report. The cross-appeals of the Court of Federal Claims decision in *CSX Corporation v. United States*, Fed.Cl. No. 95-858 T, are still pending. Both parties have filed their opening briefs, CSX filed its reply brief on May 22, 2007, and the United States will file its reply brief on July 9, 2007. The parties in this case continue to believe that the Federal Circuit's decision in *CSX* will resolve the issues in this case, and request that the suspension be continued. The parties will file

another status report 90 days from this date.

Respectfully submitted,

7/03/2007
DATE

s/Mitchell L. Bach
MITCHELL L. BACH
Eckert Seamans Cherin & Mellott LLC
1515 Market St.
9th Floor
Philadelphia, Pa. 19102
(215) 851-8466

Counsel for Plaintiffs

7/03/2007
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

7/03/2007
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant