# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BAYER CORPORATION, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1341T**
**Filed: April 14, 2008**

**O R D E R**

The court is in receipt of the parties' April 8, 2008 joint status report, reporting issuance of the decision in CSX Corporation Inc. v. United States, Nos. 2007-5003, 2007-5007, 2008 WL 597590 (Fed. Cir. Mar. 6, 2008). Due to the potential impact of CSX on the above-captioned case, and the possibility of the plaintiffs in CSX seeking a rehearing or certiorari, the parties propose continuation of the stay in the case before this court. The court concurs, and continues the stay of the above-captioned case. The court **ORDERS** the parties to file joint status reports with the court, indicating the status of CSX. The next joint status report will be due on **Tuesday, July 8, 2008**, and quarterly thereafter. In addition, the court **ORDERS** that, on or before five days after a decision on rehearing or certiorari is issued in CSX, the parties shall file a joint status report addressing the effect of the Federal Circuit decision on the present case, include a copy of the decision, and the parties' proposals for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**