IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1341 T

(Judge Horn)

BAYER CORPORATION, et. al.,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's February 9, 2007, Order, the parties submit the following joint status report regarding the status of the Court of Federal Claims decision in *CSX Corporation v. United States.* On May 16, 2008, the Federal Circuit denied CSX's petition for rehearing. CSX has 90 days from that date to file a petition for certiorari in the Supreme Court. The parties continue to believe that the Federal Circuit's decision in *CSX* will govern the outcome of this case. Therefore, the parties requests that the Court continue the suspension of proceedings until such time as the decision in *CSX* becomes final. The parties propose that they file another status

report 90 days from the date of this report.

Respectfully submitted,

07/7/2008
DATE

s/Mitchell L. Bach
MITCHELL L. BACH
Eckert Seamans Cherin & Mellott LLC
1515 Market St.
9th Floor
Philadelphia, Pa. 19102
(215) 851-8466

Counsel for Plaintiffs

07/7/2008
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

07/7/2008
DATE

s/David Gustafson
Of Counsel

Counsel for Defendant