# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**BAYER CORPORATION, et al.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-1341T**
**Filed: July 9, 2008**

**O R D E R**

The court is in receipt of the parties' July 7, 2008 joint status report, reporting the May 16, 2008 denial of CSX's petition for rehearing by the United States Court of Appeals for the Federal Circuit in CSX Corporation, Inc. v. United States, Nos. 2007-5003, 2007-5007, 2008 WL 597590 (Fed. Cir. Mar. 6, 2008). Inasmuch as CSX has 90 days from May 16, 2008 to file a petition for certiorari in the United States Supreme Court and due to the potential impact of CSX on the above-captioned case, the parties jointly propose continuation of the stay in the case before this court. The court concurs, and continues the stay of the above-captioned case. The court **ORDERS** the parties to continue to file joint status reports with the court, indicating the status of CSX. The next joint status report will be due on **Friday, October 10, 2008**, and quarterly thereafter. In addition, the court **ORDERS** that, on or before five days after a decision on certiorari is issued in CSX, the parties shall file a joint status report addressing the effect of the certiorari decision on the present case, include a copy of the decision, and the parties' proposals for future proceedings in this case.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**